## Commonwealth *v.* Shuler, Appellant.

Submitted June 8, 1970.
*Herman Weiner,* for appellant; *James D. Crawford,*
Deputy District Attorney, and *Arlen Specter,* District
Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below
is vacated and the record remanded for a hearing on
the issues raised by the original or an amended post-
conviction petition.

WRIGHT, P. J., dissents.